WINTER, STATE TAX COLLECTOR *v.* REYNOLDS

No. 40591          December 2, 1957          98 So. 2d 658

*Pyles & Tucker,* Jackson, for appellant.

No attorney listed for appellee.

ETHRIDGE, J.

This case is controlled and decided by No. 40,589, William Winter, State Tax Collector vs. Harold H. Hardester, decided November 25, 1957.

Affirmed.

*McGehee, C. J.*, and *Lee, Arrington* and *Gillespie, JJ.*, concur.